NO. CR15-038

STATE OF TEXAS                    §   IN THE DISTRICT COURT
        VS.                       §   4TH JUDICIAL DISTRICT
DUSTIN VANHALST                   §   RUSK COUNTY TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/20/2015 11:32:49 AM
DEBBIE AUTREY
Clerk

## APPEAL

Now comes Dustin VanHalst, Defendant, and request the court to re-consider the denial of a PR Bond based on the following, as a matter of, fact and new developements.

The hearsay testimony of one, Justin Deen, is purely circumstantial and indirect evidence. Deen's testimony is highly presumptious and/or in issue with inference.

The state intends to derive motive and intent from Deens circumstantial hearsay testimony which is inadmissible. VanHalst object to the state attempting to manipulate these court proceedings. Futhermore, VanHalst is requesting the court to overrule its previous decision and to accept/allow a PR Bond. A PR Bond should be given based on the admissible direct evidence of one, Tina Shirey, whom admitted to detectives under oath with consistancy on two seperate interviews that she witnessed VanHalst be present in Arp, Texas during the

2 page    (1 of 2) copies faxed to: Bennett, Court, State

TIME FRAME OF WHICH ALLEDGED CRIME TOOK PLACE. THEREFORE, SHIREY'S DIRECT ACCOUNT OF VANHALST, PLACING HIM IN A DIFFERANT TOWN AND COUNTY DURING THE TIME FRAME OF ALLEDGED CRIME VANHALST IS BEING CHARGED WITH. THE SIMPLE FACTS IN THIS CASE SHOW AND PROVE VANHALST SHOULD BE RELEASED WITH DIGNITY AND VANHALST DOES NOT HAVE A VIOLENT/ABUSIVE RECORD. THANK YOU

RESPECTFULLY,

DUSTIN VANHALST
210 CHARLEVOIX STREET
HENDERSON, TX
75652

NOTARY STAMP

DATE: 2-7-15

No. CR15-038

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| v. | § | OF RUSK COUNTY, TEXAS |
| DUSTIN LYNN VANHALST | § | 4TH JUDICIAL DISTRICT |

## <u>ORDER APPOINTING COUNSEL</u>

CAME BEFORE THE COURT, in the above styled and numbered cause, the above request, presented by DUSTIN LYNN VANHALST in accordance with Article 26.04, Texas Code of Criminal Procedure, and after examining the Defendant under oath concerning his/her financial resources, the Court is of the Opinion that the Defendant's request should be and the same is hereby GRANTED.

IT IS THEREFORE ORDERED that _R Daryll Bennett_, a duly licensed attorney, whose State Bar Number is _02150700_, be and is appointed to represent the Defendant in this cause.

SIGNED this _12_ day of _Feb_, 20_15_.

_____
Judge Presiding

FILED
2015 FEB 12 PM 3: 02
TERRI PIRTLE WILLARD
RUSK COUNTY DISTRICT CLERK
BY_____ DEPUTY

No. CR15-038

# FILED

2015 MAR -5 PM

TERRI BIRDWELL MALLARD
RUSK COUNTY DISTRICT CLERK

BY _____ DEPUTY

Cause No. CR15-038

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | **RUSK COUNTY, TEXAS** |
| DUSTIN LYNN VANHALST | § | 4TH JUDICIAL DISTRICT |

## ORDER

BE IT REMEMBERED that on the _____ day of March, 2015 came on to be considered the State's Motion to Appoint Prosecutor *Pro Tem*, and the Court being of the opinion that the same should be GRANTED;

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that said Motion is hereby GRANTED.

IT IS ORDERED that Assistant Attorney General and former Criminal District Attorney of Comal County the Honorable Geoffrey Barr, a duly licensed attorney, be and is hereby APPOINTED PROSECUTOR *PRO TEM* to represent the State in this cause.

SIGNED this _____ day of _____, 2015.

_____
Judge Presiding